**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 26-22938-CIV-ALTONAGA**

**FLAVIO ALESSANDRO**
**KURBAJ RATTO**,

       Petitioner,

v.

**MARCO CHARLES**, *et al.*,

       Respondents.

_____/

**<u>ORDER</u>**

**THIS CAUSE** comes before the Court *sua sponte*.  On April 27, 2026, Petitioner, Flavio Alessandro Kurbaj Ratto's filed a Petition for Writ of Habeas Corpus Under 28 U.S.C. [Section] 2241 [ECF No. 1], challenging his detention in the custody of Immigration and Customs Enforcement ("ICE").  (*See generally* Pet.).  For the following reasons, the Court concludes it lacks jurisdiction and transfers the case to the United States District Court for the Middle District of Florida.

"Section 2241 petitions may be brought only in the district court for the district in which the inmate is incarcerated."  *Fernandez v. United States*, 941 F.2d 1488, 1495 (11th Cir. 1991); *see also United States v. Lassiter*, 812 F. App'x 896, 900 (11th Cir. 2020) (recognizing "[u]nder the plain language of [section] 2241, 'jurisdiction lies in only one district: the district of confinement'" (alterations added; quoting *Rumsfeld v. Padilla*, 542 U.S. 426, 443 (2004))).  Petitioner is confined at Florida Soft Side South — an immigration detention facility at 54575 Tamiami Trail East, in

CASE NO. 26-22938-CIV-ALTONAGA

Ochopee, Florida. (*See* Pet. ¶¶ 11, 13).[1]  Ochopee, Florida, is served by Collier County, which lies in the Middle District of Florida. *See* 28 U.S.C. § 89(b).[2]  Because Petitioner is confined there, "[a]ny other district court lacks jurisdiction" over the Petition.  *United States v. Brown*, 748 F. App'x 286, 287 (11th Cir. 2019) (alteration added; citing *Fernandez*, 941 F.2d at 1495).

Accordingly, it is

**ORDERED** as follows:

The Clerk is directed to **TRANSFER** this case to the United States District Court for the Middle District of Florida, Fort Myers Division.  *See* M.D. Fla. L.R. 1.04(a).  Upon transfer to the Middle District of Florida, the Clerk shall **CLOSE** the case.

**DONE AND ORDERED** in Miami, Florida, this 28th day of April, 2026.

**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

---

[1] The Court uses the pagination generated by the electronic CM/ECF database, which appears in the headers of all court filings.

[2] Although Petitioner contends that based on communications with Florida Soft Side South, he believes he will be transferred to Krome Service Processing Center in Miami, Florida (*see* Pet. ¶ 11 (citing *id.*, Ex. 7, Email from Officer Kelly Bisher [ECF No. 1-8] (stating on April 21, 2026 that Petitioner will be leaving Florida Soft Side South soon and "should be back at Krome SPC by Friday evening")), the Petition was filed on April 27, 2026 and alleges that Petitioner is detained at Florida Soft Side South (*see generally* Pet.).

2